# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO SAMS, JR., <br><br> Petitioner, <br><br> v. <br><br> JAMES A. YATES, Warden, <br><br> Respondent. | No. CV 11-0475 JHN (JCG) <br><br> **JUDGMENT** |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus Without Prejudice, **IT IS ADJUDGED** that this action is summarily dismissed without prejudice pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: January 21, 2011

JACQUELINE NGUYEN
UNITED STATES DISTRICT JUDGE